STATE of Missouri, Respondent,

v.

**John M. COX, Appellant.**

**No. WD 61212.**

Missouri Court of Appeals,
Western District.

June 3, 2003.

James F. Crews, Tipton, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Charnette D. Douglass, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Mr. John M. Cox appeals his conviction for driving while intoxicated. For the reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).